**IT IS SO ORDERED.**

Dated: December 07, 2009
11:20:08 AM

/s/ Kay Woods
**Honorable Kay Woods
United States Bankruptcy Judge**

BK0905564
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE: | Case No. 09-44139 |
| Nancy A Jurkovic | Chapter 7 |
| Debtor | Judge Woods |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (234 NATALE DRIVE, CORTLAND, OH 44410)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 234 Natale Drive, Cortland, OH 44410.

1

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

### 

**SUBMITTED BY:**

/s/ Steven H Patterson, Case Attorney
Ohio Supreme Court #0073452
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3373
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Chase Bank USA NA- Creditor
3700 Wiseman Boulevard
San Antonio, TX 78251
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Discover Bank- Creditor
6500 New Albany Road East
New Albany, OH 43054
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Nancy A Jurkovic - Debtor
234 Natale Drive
Cortland, OH 44410
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

National City Bank- Creditor
4000 West 150th Street
Cleveland, OH 44135
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

David T. Rouzzo, Esq. - Attorney for Debtors
3637 St. Rt. 5, Ste. 3
PO Box 852
Cortland, OH 44410
david@davidrouzzo.com
VIA ELECTRONIC SERVICE

State of Ohio, Department of Taxation- Creditor
c/o Ohio Attorney General Revenue Recovery
150 E. Gay Street, 21st Floor
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Andrew W. Suhar - Trustee
29 East Front Street, 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
trustee@suharlaw.com
VIA ELECTRONIC SERVICE

Trumbull County Treasurer- Creditor
Administration Building, Second Fl.
160 High Street NW
Warren, OH 44481
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

US Bank- Creditor
PO Box 6335
Fargo, ND 58125-6335
ORDINARY U.S. MAIL, POSTAGE PRE-PAID


Steven H Patterson, Esq.
Ohio Supreme Court #0073452
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE